# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

FILED IN OPEN COURT
ON 5/28/10
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| JASPER TUJUIAN ALLEN | ) | Case No: | 5:03-CR-299-1BO |
| | ) | USM No: | 24241-056 |
| Date of Previous Judgment: October 28, 2004 | ) | | |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney | Thomas P. McNamara |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the _____defendant_____ under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and the court having considered such motion,

**IT IS ORDERED** that the motion is:

☒ DENIED.    ☐ GRANTED    and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: _____          Amended Offense Level: _____

Criminal History Category: _____       Criminal History Category: _____

Previous Guideline Range: ____ to ____ months    Amended Guideline Range: ____ to ____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

The amount of crack cocaine involved is 4,500 grams or greater.

Except as provided above, all provisions of the judgment dated _____
shall remain in effect.

**IT IS SO ORDERED.**

Order Date: _____

_____
Judge's signature

Effective Date: _____    Terrence W. Boyle, U.S. District Judge
(if different from order date)                Printed name and title